UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
|---|---|---|
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 04CR10277RCL |
| CRISTINA FIAHLO CASSIANO | ) | 8 U.S.C. § 1326(a) |
| | ) | Illegal Reentry of a Removed Alien |
| | ) | |
| | ) | 42 U.S.C. § 408(a)(7)(A) |
| | ) | Use of a Social Security |
| | ) | Number Assigned Based on False Information |

## INFORMATION

COUNT ONE:   (8 U.S.C. § 1326(a) – Illegal Reentry of a Removed Alien)

The United States Attorney charges that:

On or about August 31, 2004, at Framingham, in the District of Massachusetts,

**CRISTINA FIAHLO CASSIANO**

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

COUNT TWO:   (42 U.S.C. § 408(a)(7)(A) Use of a Social Security Number Assigned Based on False Information)

The United States Attorney further charges that:

On or about August 8, 2001, at Framingham, in the District of Massachusetts,

**CRISTINA FIAHLO CASSIANO**

defendant herein, did for the purpose of obtaining anything of value from any person, or for any other purpose, to wit, to obtain a Massachusetts Driver's License, willfully, knowingly and with intent to deceive used a social security account number assigned by the Commissioner of Social Security on the basis of false information furnished to the Commissioner of Social Security by the defendant or by another person.

All in violation of Title 42, United States Code, Section 408(a)(7)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  *[signature]*
SETH P. BERMAN
Assistant U.S. Attorney

Date:   September 14, 2004

JS 45 (5/97) - (Revised USAO MA 1/15/04)

04 CR 10277 RCL

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** III   **Investigating Agency** ICE

**City** Framingham   **Related Case Information:**

**County** Middlesex   Superseding Ind./ Inf.  Yes   Case No. _____
Same Defendant  Yes   New Defendant _____
Magistrate Judge Case Number   MJ 04-51
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

**Defendant Name**  Cristina Fialho CASSIANO   Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address**  258 Union Avenue, Apt 7, Framingham, Massachusetts

**Birth date (Year only):** 1978  **SSN (last 4 #):** 6032  **Sex** F  **Race:** HISPANIC  **Nationality:** BRAZIL

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Seth P. Berman   **Bar Number if applicable**  629332

**Interpreter:** ☒ Yes  ☐ No   **List language and/or dialect:**  Portuguese

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

**Arrest Date:**  August 31, 2004

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☒ Information  ☐ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  Two

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 14, 2004   **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Cristina Fialho CASSIANO

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1326(a) | Illegal Reentry of Removed Alien | One |
| Set 2  42 USC 408(a)(7)(A) | Social Security Number Fraud | Two |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**